On respondent's petition for reconsideration filed January 17, 1979, former opinion filed December 12, 1978, 37 Or App 591, 588 P2d 72, petition for rehearing granted; former opinion withdrawn; conviction affirmed February 20, petition for review allowed July 10, 1979.

STATE OF OREGON, *Respondent,*

*v.*

JEFFREY DALE WARD, *Appellant.*

(No. 78-1315, CA 11299)

590 P2d 296

James A. Redden, Attorney General, Walter L. Barrie, Solicitor General, and Catherine Allan, Assistant Attorney General, Salem, for petition.

PER CURIAM.

Roberts, J., dissenting opinion.

**PER CURIAM.**

The state seeks reconsideration on our former opinon, reported at 37 Or App 591, 588 P2d 72 (1978). Upon reconsideration, we are now of the view that the dissenting opinion correctly analyzed the facts and the law. Accordingly, the petition for reconsideration is granted, our former opinion is withdrawn, the analysis of the dissent is adopted as the opinion of the court, and the defendant's conviction is affirmed.

**ROBERTS, J.,** dissenting.

I would adhere to our former majority opinion, and so respectfully dissent.

Richardson and Buttler, JJ, join in this dissent.